## MARCELLON v NATAL

Case No. 86-176 AP (County Court Case No. 86-620SP20)

Eleventh Judicial Circuit, Appellate Division, Dade County

May 11, 1987

### APPEARANCES OF COUNSEL

**John R. Greenwood** for appellant.

**Antonio Natal,** pro se.

Before SALMON, SHAPIRO, DONNER, JJ.

### OPINION OF THE COURT

PER CURIAM.

Based upon the authority of *Durene v. Alcime*, 448 So.2d 1208 (Fla. 3d DCA 1984), the award of reasonable attorney's fees to the prevailing party is mandatory and the trial court has no discretion to deny the award.

Accordingly, this case is reversed and remanded to the trial court for action consistent with this ruling.